**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       *City of Friendswood v. Joseph Tostado*

Appellate case number:     01-20-00398-CV

Trial court case number:   18-CV-0108

Trial court:               122nd District Court of Galveston County

Date motion filed:         August 31, 2022

Party filing motion:       Appellant

It is ordered that the motion for rehearing is **DENIED**.


Judge's signature:         /s/ Veronica Rivas-Molloy_____
                           ☑ Acting for the Court


The panel consists of Justices Landau, Hightower, and Rivas-Molloy.


Date:  December 29, 2022